IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| KIM N. LITTLE, | : | |
| Plaintiff | : | |
| VS. | : | |
| PELHAM MUNICIPAL JAIL, | : | NO. 1:06-cv-60(WLS) |
| Defendant | : | **O R D E R** |

Plaintiff **KIM N. LITTLE** tendered the above styled *pro se* civil rights complaint under 42 U.S.C. § 1983.  On May 5, 2006, the Court instructed plaintiff to complete and submit a section 1983 form and either submit the full filing fee of $250.00 or execute and return a financial affidavit seeking leave to proceed *in forma pauperis*.  It has now been brought to the Court's attention that plaintiff's copy of the May 5th order was returned marked "no longer at the Pelham Municipal Jail." The Court has also learned that plaintiff is now confined at the Decatur County Jail in Bainbridge, Georgia.

In view of the foregoing, the Clerk of Court is hereby **DIRECTED** to mail a copy of this order, the May 5th order, and the appropriate section 1983 and IFP forms, to plaintiff's new address, which is believed to be:

> Kim N. Little
> Decatur County Jail
> 912 Spring Creek Rd
> Bainbridge, GA 39817

Plaintiff shall be given until June 19, 2006, to comply with the Court's instructions. Plaintiff is advised that his complaint shall be limited to his claims against defendants at the Pelham Municipal Jail, as set forth in the May 5th order.  No other claims will be considered in this action.

If plaintiff fails to respond to this order in a timely manner, the Court will assume plaintiff no longer wishes to pursue claims relating to the Pelham Municipal Jail and this action shall be dismissed.

**SO ORDERED**, this 16th day of May, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE